# Court of Appeals
# of the State of Georgia

ATLANTA,  June 09, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1469. ZEKEMIAN TYRONE DAVIS v. THE STATE.

A jury found Zekemian Tyrone Davis guilty of two counts of child molestation, and we affirmed his convictions on appeal.[1] See *Davis v. State*, 327 Ga. App. 729 (761 SE2d 139) (2014). Davis subsequently filed two motions seeking an out-of-time appeal. The trial court denied the motions, and Davis filed this appeal.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014). Where, as here, a defendant has already had a direct appeal, he is not entitled to an out-of-time appeal. See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal.") (punctuation omitted). Accordingly, this appeal is hereby DISMISSED.

---

[1] Davis subsequently challenged his sentence as void, and, in an unpublished opinion, we vacated the sentence and remanded the case for re-sentencing. See *Davis v. State*, Case No. A17A0378, decided May 3, 2017. Following re-sentencing, Davis appealed his new sentence, but his appeal was dismissed for failing to file a brief. See *Davis v. State*, Case No. A18A1164, dismissed April 12, 2018.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___06/09/2021___

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*